# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                                    NO. 4:04CR00165-001 SWW

MICHAEL JAMES LONGORIA


## ORDER

The above entitled cause came on for hearing December 17, 2012 on government's petition to revoke the supervised release [doc #60] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWENTY-FOUR (24) MONTHS* in the custody of the Bureau of Prisons to run consecutively to the sentence of Seventy-two (72) months imposed in 4:11CR00281-001 SWW on December 17, 2012.  The balance of restitution in the amount of $3,513.40 is mandatory and is payable during incarceration.  During incarceration, the defendant will pay 50% per month of all funds that are available to him.

There will be *NO* supervised release to follow.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED this 31st day of December 2012.


/s/Susan Webber Wright

United States District Judge